UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 26, 2002

MEMORANDUM TO MR. SIMMS RE:   Harborview Marina v.
M/V Kokomo, etc.
Civil #L-02-2799

Dear Mr. Simms:

  The court file reflects that the defendant was served on September 3, 2002, however, no answer has been filed. Accordingly, you are directed to advise the Court, in writing, on or before December 10, 2002, as to the status of this case.

  Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

