IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| HARBORVIEW MARINA, LLC, | * | |
| Plaintiff, | * | Civil Action No. L 02 CV 2799 |
| v. | * | **IN ADMIRALTY** |
| M/V KOKOMO<br>her engines, freights, tackle<br>and apparel, | *<br><br>* | |
| Defendant, in rem. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### DEFAULT AGAINST THE M/V KOKOMO, IN REM

Upon reading and considering plaintiff's Request for Default against the vessel M/V KOKOMO, in rem, this Court pursuant to Fed. R. Civ. P. 55 and Local Admiralty Rule (c)(3) GRANTS the request and ENTERS DEFAULT against the M/V KOKOMO, defendant in rem.

SO ORDERED January 6, 2003.

_____
Benson E. Legg
United States District Judge

7