IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| HARBORVIEW MARINA, LLC, | * | |
| Plaintiff, | * | Civil Action No. L 02 CV 2799 |
| v. | * | **IN ADMIRALTY** |
| M/V KOKOMO<br>her engines, freights, tackle<br>and apparel, | *<br><br>* | |
| Defendant, in rem. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### DEFAULT JUDGMENT AGAINST THE M/V KOKOMO, IN REM

Upon reading and considering plaintiff's Request for Default Judgment against the vessel M/V KOKOMO, in rem, this Court having entered a default pursuant to Fed. R. Civ. P. 55 and Local Admiralty Rule (c)(3), this Court hereby GRANTS the request and ENTERS JUDGMENT BY DEFAULT against the M/V KOKOMO, defendant in rem in the amount of $22,110.00, plus, $143 per day for each day beyond December 7, 2002 to the date of judgment, plus all of the Marshal's costs of arrest and costs and fees of the Substitute Custodian not otherwise addressed by this Judgment, and filing fee of $150.00.

SO ORDERED ~~December~~ January 6, 2003 ~~, 2002.~~

_____
Benson E. Legg
United States District Judge