IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| HARBORVIEW MARINA, LLC, | * | |
| Plaintiff, | * | Civil Action No. L 02 CV 2799 |
| v. | * | **IN ADMIRALTY** |
| M/V KOKOMO her engines, freights, tackle and apparel, | * | |
| Defendant, in rem. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR AUCTION SALE OF THE M/V KOKOMO

Upon reading and considering plaintiff's Request for Order of the Auction Sale of the vessel M/V KOKOMO, this Court GRANTS the request and hereby ORDERS as follows, pursuant to Supplemental Rule E and Local Admiralty Rule (e)(12):

1. Plaintiff shall consult with the United States Marshal for the District of Maryland and with the Marshal determine a date and time for the auction sale of the Vessel, on a business date not less than seven (7) days from the date of this Order. Plaintiff shall cause notice of such sale to be published in the Baltimore Sun newspaper, not less than five (5) days before the auction sale date determined with the Marshal.

2. Local Admiralty Rule (e)(12) shall apply to the auction sale of the Vessel, with the addition that plaintiff may credit bid in the amount of its judgment against the Vessel, at the sale.

SO ORDERED ~~December~~ January 6, 2003.

_____
Benson E. Legg
United States District Judge