UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 FEB 13 A 11: 48
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 12, 2003

MEMORANDUM TO COUNSEL RE:   Harborview Marina, LLC v. M/V Kokomo
Civil #L-02-2799

Dear Counsel:

On January 29, 2003, I granted Mr. Clark's motion to intervene in the instant case. On February 11, 2003, I signed an order deeming Mr. Clark's letter of February 5th to be a motion to set aside the foreclosure sale. I have not done any independent research, however, and I do not know whether such a motion is feasible or whether the foreclosure sale can be set aside.

At 12:00 p.m. on March 14, 2003, the Court will hold a teleconference to discuss the status of the case. One of counsel is asked to initiate this conference call. The conference call may be recorded electronically; please, therefore, do not use a speaker phone. If recorded, a transcript may be obtained by making arrangements with the Clerk's Office.

Very truly yours,

Benson Everett Legg

c:   Court file