# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **HARBORVIEW MARINA, LLC** | : | |
| | : | |
| v. | : | CIVIL NO. L-02-2799 |
| | : | |
| **M/V KOKOMO, her engines, freights,** | : | |
| **tackle and apparel** | : | |

## ORDER

On February 19, 2003, Classic Air Holding, Inc. ("Classic Air") filed a complaint in the instant case. Pursuant to Federal Rule of Civil Procedure 24, the proper avenue for Classic Air to become involved in this suit is to file a motion to intervene. Accordingly, the Court will deem Classic Air's complaint to be a motion to intervene.

Classic Air's complaint was signed by Rick L. Fines, the Registered Bidder representing Classic Air. Papers filed in the United States District Court for the District of Maryland on behalf of a corporation must be signed by a member of the Bar of this Court whose appearance has been entered on behalf of that party. See Local Rules 101.1(a) and 102.1(a)(i) (D. Md. 2001). Classic Air failed to meet the requirements of these rules. Accordingly, Classic Air's motion to intervene is DENIED without prejudice.

It is so ORDERED this ___4th___ day of March, 2003.

_____/s/_____
Benson Everett Legg
Chief Judge