IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Harborview Marina, LLC<br>    Plaintiff<br><br>v.<br><br>M/V KOKOMO,<br><br>    Defendant in rem. | *<br>*  Civil Action No. L 02 CV 2799<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR CONFIRMATION OF SALE OF VESSEL

Upon considering the unopposed, joint motion of plaintiff Harborview Marina and Claimant Mark Clark, the only parties in personam to this action, and the only other party, M/V KOKOMO ("Vessel"), in rem, in default, no claim having been made to the Vessel, this Court hereby GRANTS the motion, and ORDERS as follows:

### Sale of Vessel; Confirmation of Sale

1. The M/V KOKOMO ("Vessel") shall be sold to Eric Winson, or an entity which Mr. Winson owns or controls, as follows:

    a. **Wire of $65,000**: Mr. Winson, or an entity which Mr. Winson owns or controls, shall wire $65,000 to the client trust account of Harborview counsel, for receipt on or before Friday, March 28, 2003. If such funds are not so received on or before Friday, March 28, 2003, this sale shall be null and void, and the procedural posture of the case shall be returned to its situation, had the sale never occurred.

    b. **Confirmation of Sale**: The Court confirms that this sale to Mr. Winson is fair and reasonable, and hereby **CONFIRMS** this sale.

/
/

      c.      **Transfer of Title**: Upon full receipt of funds, and confirmation of sale by the Court, the parties will notify the U.S. Marshal, who will issue Mr. Winson, or the entity which Mr. Winson owns or controls, title documents for the Vessel.

## Distribution of Proceeds

2.    Of the proceeds, Harborview Marina shall receive $42,000, and Mr. Clark shall receive $23,000, in full and complete satisfaction of their claims against the Vessel.

**SO ORDERED** March ___, 2003.

_____
Benson E. Legg
Chief United States District Judge