# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

March 20, 2003

**BY ECF/ECM and HAND**

Hon. Benson E. Legg
Chief United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

                    Re:    **Harborview Marina v. M/V KOKOMO**
                          **Civil Action No. L-02-2799**

Dear Chief Judge Legg:

      We are counsel for Harborview Marina, and are pleased to report that Harborview and Mark Clark have reached settlement.

      As a part of the settlement, Harborview and Mr. Clark have this morning filed a Joint Motion and draft Order (Docket No. 28), for confirmation of sale of the M/V KOKOMO for $65,000, as set out in the motion. The motion also provides for the division of sale proceeds.

      **The parties respectfully request the Court to consider this Joint Motion on an expedited basis, and enter the draft Order that accompanies it, at the earliest possible time**.

      A term of the settlement is that the Court confirm the sale terms, on or before March 27, 2003. This is to put an end-date on the running of custodial fees, at $143 per day.

      Harborview and Mr. Clark, the only parties in personam (the only other party the M/V KOKOMO, in rem, which is in default and which no one has claimed) in the case. Consequently this settlement, when funded, will conclude the case.

                                                    Respectfully Submitted,

                                                    J. Stephen Simms

Enclosures

Copy:   by hand, to Hon. Benson E. Legg, c/o Clerk's Office, per ECF/ECM Guidelines
           by fax, to Mr. McMullen, counsel for Mr. Clark