IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

Harborview Marina, LLC              *
    Plaintiff                         Civil Action No. L 02 CV 2799
                                             *

    v.
                                             *

M/V KOKOMO,
                                           *

    Defendant in rem.
                                           *

*    *    *    *    *    *    *    *    *    *    *    *

**STIPULATION OF DISMISSAL** .

    Proceeds of sale having been distributed, and the sale of the Vessel confirmed,

Harborview Marina and Mr. Clark stipulate to the dismissal of this action with prejudice, each to

bear its, or his own respective costs and attorneys fees.

Dated: March 20, 2003.


/s/ J. Stephen Simms                     /s/ Alexander R. McMullen
J. Stephen Simms (#4269)               Alexander R. McMullen, Esq.  (#24761)
W. Charles Bailey, Jr  (#23580)         McMullen & Drury, P.A.
Simms Showers LLP                       300 Allegheny Avenue
Suite 702                                   Towson, Maryland 21204
Twenty South Charles Street             Telephone (410) 783-5795
Baltimore, Maryland 21201              Facsimile to (410) 337-8702
Telephone (410) 783-5795
Facsimile (410) 510-1789               Mark Clark's Counsel

Harborview Counsel